

| | | |
|---|---|---|
| | **CITY of LONG BEACH**<br>1 West Chester Street<br>Long Beach, New York 11561<br>(516) 431-1000<br>Fax: (516) 431-1016 | ROBERT M. AGOSTISI<br>ASSISTANT CORPORATION COUNSEL<br><br>CHARLES M. GEIGER<br>ASSISTANT CORPORATION COUNSEL<br><br>THEODORE E. HOMMEL<br>ASSISTANT CORPORATION COUNSEL |
| COREY E. KLEIN<br>CORPORATION COUNSEL | | PHILIP POPPER<br>ASSISTANT CORPORATION COUNSEL |

April 23, 2012

**VIA ECF & REGULAR MAIL**
Hon. Denis R. Hurley
United States District Judge
United States District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Chernaski v. City of Long Beach, et al.*
              No. 11-cv-4473 (DRH)(ETB)

Dear Judge Hurley:

    We represent all Defendants in the above-referenced action. The parties are pleased to announce that they have settled this matter in its entirety. Accordingly, the parties jointly and respectfully request that the Court So Order the enclosed Stipulation of Settlement, and dismiss this matter, at its earliest convenience.

    Thank you for consideration.

                                            Respectfully submitted,

                                            Robert M. Agostisi
                                            Assistant Corporation Counsel

cc:    Jason L. Abelove, Esq. (via ECF)